Chad Hummel (SBN 139055)
chummel@sidley.com
SIDLEY AUSTIN LLP
1999 Avenue of the Stars, Suite 1700
Los Angeles, CA 90067
Tel: (310) 595-9505
Fax: (310) 595-9501

M. Sean Royall (*Pro Hac Vice* Forthcoming)
sroyall@sidley.com
Angela C. Zambrano (*Pro Hac Vice* Forthcoming)
angela.zambrano@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, TX 75201
Tel: (214) 981-3300
Fax: (214) 981-3400

Sarah A. Hemmendinger (SBN 298659)
shemmendinger@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-7413
Facsimile: (415) 772-7400

*Attorneys for Plaintiff*
*Tundra Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TUNDRA INC., <br><br> Plaintiff, <br><br> v. <br><br> FAIRE WHOLESALE, INC., <br><br> Defendant. | Case No.: 3:23-cv-2513-AMO <br><br> **DECLARATION OF SARAH A. HEMMENDINGER IN SUPPORT OF TUNDRA INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO L.R. 3-12 AND 7-11** <br><br> Assigned to: Honorable Araceli Martinez-Olguin |

**DECLARATION OF SARAH A. HEMMENDINGER**

I, Sarah A. Hemmendinger, declare as follows:

1. I am an attorney at law licensed to practice in the State of California and a partner with the firm of Sidley Austin LLP, counsel for Tundra Inc. ("Tundra") in the above captioned matter. I have personal knowledge of the facts set forth in this declaration. If called as a witness, I could and would competently testify thereto. This declaration is submitted on behalf of Tundra in support of its Administrative Motion to Consider Whether Cases Should Be Related (the "Administrative Motion").

2. On June 5, 2023, I emailed counsel for plaintiff Faire Wholesale, Inc. in the case captioned *Faire Wholesale, Inc. v. Tundra, Inc.*, 3:23-cv-02538-CRB ("Faire Action") seeking agreement to the Administrative Motion. On June 7, 2023, counsel for Faire advised that it will oppose the motion because it did not believe the cases meet the criteria for related cases under Local Rule 3-12, but provided no basis for this position.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 7th day of June, 2023, at San Francisco, California.

                                                */s/ Sarah A. Hemmendinger*
                                                Sarah A. Hemmendinger

## **LOCAL RULE 5-1 ATTESTATION**

I, Chad Hummel, am the ECF User whose ID and password are being used to file this Declaration of Sarah A. Hemmendinger in Support of Plaintiff Tundra Inc.'s Administrative Motion to Consider Whether Cases Should Be Related.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that the signatory has concurred in this filing.

Date: June 7, 2023                                                                **SIDLEY AUSTIN LLP**

By: */s/ Chad Hummel*
Chad Hummel (SBN 139055)
*Attorney for Tundra Inc.*