1  KATHERINE B. FORREST (*admitted pro hac vice*)
   kforrest@paulweiss.com
2  MATTHEW ROBINSON (*admitted pro hac vice*)
   mrobinson@paulweiss.com
3  **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
4  1285 Avenue of the Americas
   New York, NY  10019-6064
5  Telephone: (212) 373-3000
   Facsimile: (212) 757-3990
6

7

8
                    **UNITED STATES DISTRICT COURT**
9
                    **NORTHERN DISTRICT OF CALIFORNIA**
10
                    **SAN FRANCISCO DIVISION**
11

12  TUNDRA INC.,                           Case No. 3:23-cv-2513-AMO

13              Plaintiff,                 [PROPOSED] **ORDER ON JOINT REQUEST TO APPEAR VIA ZOOM FOR THE SCHEDULED AUGUST 31, 2023 INITIAL CASE MANAGEMENT CONFERENCE**
            - v. -
14
    FAIRE WHOLESALE, INC.,
15
                Defendant.
16

17

18

19

20

21

22

23

24

25

26

27

28

---

[PROPOSED] ORDER ON JOINT REQUEST TO APPEAR VIA ZOOM FOR THE INITIAL CASE MANAGEMENT CONFERENCE
Case No. 3:23-cv-2513

**[PROPOSED] ORDER**

The joint request by Plaintiff's and Defendant's counsel to appear via Zoom for the scheduled August 31, 2023 Initial Case Management Conference is hereby approved.

**IT IS SO ORDERED**.

Dated: August 21, 2023

_____
THE HONORABLE ARACELI MARTÍNEZ-OLGUÍN
UNITED STATES DISTRICT COURT JUDGE

- 2 -