| | |
|---|---|
| 1 | JOSEPH N. AKROTIRIANAKIS (SBN 197971) |
| | *jakro@kslaw.com* |
| 2 | KING & SPALDING LLP |
| | 633 West Fifth Street, Suite 1700 |
| 3 | Los Angeles, CA 90071 |
| | Telephone: (213) 443-4355 |
| 4 | Facsimile: (213) 443-4310 |
| 5 | M. SEAN ROYALL (admitted *pro hac vice*) |
| | *sroyall@kslaw.com* |
| 6 | KING & SPALDING LLP |
| | 1700 Pennsylvania Avenue, NW |
| 7 | Suite 900 |
| | Washington, DC 20006 |
| 8 | Telephone: (202) 737-0500 |
| | Facsimile: (202) 626-3737 |
| 9 | |
| 10 | MARY-OLGA LOVETT (*pro hac vice* forthcoming) |
| | *mlovett@kslaw.com* |
| 11 | KING & SPALDING LLP |
| | 1100 Louisiana Street, Suite 4100 |
| 12 | Houston, TX 77002 |
| | Telephone: (713) 751-3200 |
| 13 | Facsimile: (713) 751-3290 |
| 14 | *Attorneys for Plaintiff* |
| | TUNDRA INC. |

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| TUNDRA INC., | Case No. 3:23-cv-02513-AMO |
| Plaintiff, | Honorable Araceli Martinez-Olguin |
| v. | **NOTICE OF CHANGE OF FIRM AFFILIATION, ADDRESS, AND OTHER CONTACT INFORMATION** |
| FAIRE WHOLESALE, INC., | |
| Defendant. | Action Filed:  May 23, 2023 |

TO THE COURT, ALL PARTIES, AND THEIR ATTOREYS OF RECORD:

    PLEASE TAKE NOTICE that M. Sean Royall, counsel for Plaintiff Tundra Inc., has changed his firm affiliation, address for service of all notices and documents, and other contact information in the above-captioned action.  Effective immediately, Mr. Royall's firm affiliation, office address, and other contact information are as follows:

> M. SEAN ROYALL (admitted *pro hac vice*)
> sroyall@kslaw.com
> KING & SPALDING LLP
> 1700 Pennsylvania Avenue, NW
> Suite 900
> Washington, DC 20006
> Telephone: (202) 737-0500
> Facsimile: (202) 626-3737

Dated: August 25, 2023

Respectfully submitted,

KING & SPALDING LLP

By: /s/ *M. Sean Royall*
    JOSEPH N. AKROTIRIANAKIS
    M. SEAN ROYALL (*pro hac vice*)
    MARY-OLGA LOVETT
    (*pro hac vice* forthcoming)

    *Attorneys for Plaintiff*
    TUNDRA INC.