1  JOSEPH N. AKROTIRIANAKIS (SBN 197971)
   *jakro@kslaw.com*
2  KING & SPALDING LLP
   633 West Fifth Street, Suite 1700
3  Los Angeles, CA 90071
   Telephone: (213) 443-4355
4  Facsimile: (213) 443-4310

5  M. SEAN ROYALL (admitted *pro hac vice*)
   *sroyall@kslaw.com*
6  KING & SPALDING LLP
   1700 Pennsylvania Avenue, NW
7  Suite 900
   Washington, DC 20006
8  Telephone: (202) 737-0500
   Facsimile: (202) 626-3737
9
   MARY-OLGA LOVETT (*pro hac vice* forthcoming)
10 *mlovett@kslaw.com*
   KING & SPALDING LLP
11 1100 Louisiana Street, Suite 4100
   Houston, TX 77002
12 Telephone: (713) 751-3200
   Facsimile: (713) 751-3290
13
   *Attorneys for Plaintiff*
14 TUNDRA INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| TUNDRA INC., <br><br>          Plaintiff, <br><br>     v. <br><br> FAIRE WHOLESALE, INC., <br><br>          Defendant. | Case No. 3:23-cv-02513-AMO <br><br> Honorable Araceli Martinez-Olguin <br><br> **NOTICE OF CHANGE OF COUNSEL** <br><br> Action Filed:  May 23, 2023 |

TO THE COURT, ALL PARTIES, AND THEIR ATTOREYS OF RECORD:

PLEASE TAKE NOTICE that, subject to any required Court approval, Sidley Austin LLP intends to withdraw as counsel for Plaintiff Tundra Inc., including attorneys Angela C. Zambrano, Margaret H. Allen, Sarah Alison Hemmendinger, and Chad Samuel Hummel.

PLEASE TAKE FURTHER NOTICE that M. Sean Royall, having recently reaffiliated with King & Spalding LLP, shall continue to represent Tundra Inc., with Joseph N. Akrotirianakis of King & Spalding LLP serving as designated co-counsel pursuant to Civil Local Rule 11-3(a)(3).

Dated: August 30, 2023

Respectfully submitted,

KING & SPALDING LLP

By: /s/ *M. Sean Royall*
JOSEPH N. AKROTIRIANAKIS
M. SEAN ROYALL (*pro hac vice*)
MARY-OLGA LOVETT
(*pro hac vice* forthcoming)

*Attorneys for Plaintiff*
TUNDRA INC.