✎AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Northern | District of | California |

Tundra Inc.,
           Plaintiff (s),

V.

Faire Wholesale, Inc.,
           Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:23-cv-2513-AMO

Notice is hereby given that, subject to approval by the court, __Tundra Inc.__ substitutes
(Party (s) Name)

__M. Sean Royall__, State Bar No. __17351950 (TX)__ as counsel of record in
(Name of New Attorney)

place of __Chad S. Hummel, Angela C. Zambrano, Margaret H. Allen, and Sarah A. Hemmendinger__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:     King & Spalding LLP
    Address:     1700 Pennsylvania Avenue, NW, Suite 900, Washington, D.C. 20006
    Telephone:     (202) 626-2994     Facsimile
    E-Mail (Optional):     sroyall@kslaw.com

I consent to the above substitution.
Date: 8/30/2023

Tundra Inc.
/s/Arnold Engel
(Signature of Party (s))

I consent to being substituted.
Date: 8/30/2023

Sidley Austin LLP
/s/Chad Hummel
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 8/30/2023

King & Spalding LLP
/s/Sean Royall
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: August 31, 2023

*[signature]*
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

## **ATTESTATION**

      I, M. Sean Royall, attest that all other signatories listed above concur in this filing's content and have authorized me to make this filing.

| | |
|---|---|
| Dated:  August 30, 2023 | Respectfully submitted, |
| | |
| | <u>/s/*M. Sean Royall*</u> |
| | M. Sean Royal |