UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TUNDRA, INC., <br>         Plaintiff, <br> v. <br> FAIRE WHOLESALE, INC., <br>         Defendant. | Case No.23-cv-02513-AMO <br><br> **JUDGMENT** |

On February 25, 2025, the Court granted Defendant Faire Wholesale, Inc.'s Motion to Dismiss with prejudice. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: February 25, 2025

_____
**A**RACELI **M**ARTÍNEZ-**O**LGUÍN
**United States District Judge**