UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TUNDRA, INC., <br><br> Plaintiff, <br><br> v. <br><br> FAIRE WHOLESALE, INC., <br><br> Defendant. | Case No.  23-cv-02513-AMO <br><br> **ORDER FINDING MOTION LACKING CERTIFICATION; DENIED WITHOUT PREJUDICE** <br><br> Re: Dkt. No. 123 |

On October 22, 2025, Plaintiff Tundra, Inc., filed a second motion for reconsideration, but failed to file a certification that the party had met and conferred with Defendant Faire Wholesale, Inc., pursuant to this Court's Standing Order in Civil Cases.  The order provides:

> All parties are advised that effective Monday, October 20, 2025, the judiciary will run out of funding and only limited operations will continue. *See* https://www.uscourts.gov/data-news/judiciarynews/2025/10/17/judiciary-funding-runs-out-only-limited-ooperations-continue?utm_campaign=uscnews&utm_medium=email&utm_source=govdelivery.  As a consequence, court staff will not be paid despite the requirement to work on essential matters.
>
> Accordingly, until the judiciary is funded, parties shall meet and confer before filing any substantive motion.  The parties shall determine whether the litigation can proceed without the motion or whether the motion must be urgently resolved.  If the latter, lead trial counsel shall file a certification attesting to the same with the filing of any substantive motion.  Failure to provide the certification will result in a sua sponte denial without prejudice.  This requirement does not apply to administrative or ministerial motions.
>
> The Court appreciates the parties' cooperation during this period.

//

//

//

Accordingly, the motion is denied without prejudice, and Docket No. 123 is terminated.

**IT IS SO ORDERED.**

Dated: October 23, 2025

ARACELI MARTÍNEZ-OLGUÍN
**United States District Judge**