1  M. SEAN ROYALL (*pro hac vice*)
   sroyall@kslaw.com
2  KING & SPALDING LLP
   1700 Pennsylvania Avenue, NW
3  Suite 900
   Washington, DC 20006
4  Telephone: (202) 737-0500
   Facsimile: (202) 626-3737
5
   PAUL J. WATFORD (SBN 183283)
6  pwatford@kslaw.com
   KING & SPALDING LLP
7  633 West Fifth Street, Suite 1600
   Los Angeles, CA 90071
8  Telephone: (213) 218-4084
   Facsimile: (213) 443-4310
9
   CONNOR R. BREWER (SBN 336978)
10 cbrewer@kslaw.com
   KING & SPALDING LLP
11 2601 Olive Street, Suite 2300
   Dallas, TX 75201
12 Telephone: (214) 764-4420
   Facsimile: (214) 764-4601
13
   *Attorneys for Plaintiff*
14 Tundra Inc.

15               **UNITED STATES DISTRICT COURT**

16              **NORTHERN DISTRICT OF CALIFORNIA**

17                **SAN FRANCISCO DIVISION**

18

19 TUNDRA INC.,                          Case No. 3:23-cv-02513-AMO

20          Plaintiff,                    **NOTICE OF APPEAL OF PLAINTIFF
                                          TUNDRA INC.**
21     v.
                                          Judge:  Araceli Martínez-Olguín
22 FAIRE WHOLESALE, INC.,
                                          Action Filed:  May 23, 2023
23          Defendant.

24

25

26

27

28

1 **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2    **NOTICE IS HEREBY GIVEN** that Plaintiff Tundra Inc. appeals to the United States

3 Court of Appeals for the Ninth Circuit from (1) the final judgment entered on February 25, 2025

4 (Dkt. 114), including the order granting Defendant's Motion to Dismiss entered on February 25,

5 2025 (Dkt. 113); and (2) the order denying Tundra's Motion for Reconsideration entered on

6 October 23, 2025 (Dkt. 125).

7

8 DATED: November 20, 2025                    Respectfully submitted,

9                                             KING & SPALDING LLP

10                                            By: /s/ *M. Sean Royall*
                                                  M. Sean Royall

11

12                                            *Attorney for Plaintiff*
                                              Tundra Inc.

13

14                                            M. SEAN ROYALL (*pro hac vice*)
                                              sroyall@kslaw.com

15                                            KING & SPALDING LLP
                                              1700 Pennsylvania Avenue, NW

16                                            Suite 900
                                              Washington, DC 20006

17                                            Telephone: (202) 737-0500
                                              Facsimile: (202) 626-3737

18                                            PAUL J. WATFORD (SBN 183283)

19                                            pwatford@kslaw.com
                                              KING & SPALDING LLP

20                                            633 West Fifth Street, Suite 1600
                                              Los Angeles, CA 90071

21                                            Telephone: (213) 218-4084
                                              Facsimile: (213) 443-4310

22                                            CONNOR R. BREWER (SBN 336978)

23                                            cbrewer@kslaw.com
                                              KING & SPALDING LLP

24                                            2601 Olive Street, Suite 2300
                                              Dallas, TX 75201

25                                            Telephone: (214) 764-4420
                                              Facsimile: (214) 764-4601

26
                                              *Attorneys for Plaintiff*

27                                            Tundra Inc.

28

NOTICE OF APPEAL OF PLAINTIFF          2          Case No. 3:23-cv-02513-AMO
TUNDRA INC.

1

**REPRESENTATION STATEMENT**
Ninth Circuit Rule 3-2(b)

2

3 **Counsel for Plaintiff Tundra Inc.**

4        M. SEAN ROYALL (*pro hac vice*)
         sroyall@kslaw.com
5        KING & SPALDING LLP
         1700 Pennsylvania Avenue, NW
6        Suite 900
         Washington, DC 20006
7        Telephone: (202) 737-0500
         Facsimile: (202) 626-3737
8
         PAUL J. WATFORD (SBN 183283)
9        pwatford@kslaw.com
         KING & SPALDING LLP
10       633 West Fifth Street, Suite 1600
         Los Angeles, CA 90071
11       Telephone: (213) 218-4084
         Facsimile: (213) 443-4310
12
         CONNOR R. BREWER (SBN 336978)
13       cbrewer@kslaw.com
         KING & SPALDING LLP
14       2601 Olive Street, Suite 2300
         Dallas, TX 75201
15       Telephone: (214) 764-4420
         Facsimile: (214) 764-4601
16
         R. PAUL YETTER (*pro hac vice*)
17       pyetter@yettercoleman.com
         YETTER COLEMAN LLP
18       811 Main Street, Suite 4100
         Houston, TX 77002
19       Telephone: (713) 632-8000
         Facsimile: (713) 632-8002
20

21

22

23

24

25

26

27

28

**Counsel for Defendant Faire Wholesale, Inc.**

KATHERINE B. FORREST (*pro hac vice*)
kforrest@paulweiss.com
EKATERINA STYNES (*pro hac vice*)
kstynes@paulweiss.com
MATTHEW ALEXANDER ROBINSON (*pro hac vice*)
mrobinson@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000

TYLER GRIFFIN NEWBY
tnewby@fenwick.com
ARMEN NERCESS NERCESSIAN
anercessian@fenwick.com
MARY GRIFFIN SIMS
mgriffin@fenwick.com
FENWICK AND WEST LLP
555 California Street
12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 875-2391

ESTHER D. GALAN
egalan@fenwick.com
FENWICK & WEST LLP
730 Arizona Avenue, 1st Floor
Santa Monica, CA 90401
Telephone: (310) 434-5406